**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

---

Date:                  October 24, 2012          Prob/Pret:     Gary Kruck
Courtroom Deputy:   Robert R. Keech           Interpreter:   N/A
Court Reporter/ECR:  Tammy Hoffschildt

---

Criminal Case No.  **11-cr-00409-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                     Todd P. Norvell
                                              Jaime A. Pena
                Plaintiff,

v.

**1.  WILLIAM G. BALLANTINE**,                    Dru R. Nielsen
                                              John W. Lundquist
                Defendant.

---

**SENTENCING HEARING**

---

**11:17 a.m.**     Court in Session - Defendant present (on-bond)

               **Change of Plea Hearing - Tuesday, April 3, 2012, at 10:00 a.m.**
               **Plea of Guilty - Count 15 of Indictment**

               APPEARANCES OF COUNSEL.

               Court's opening remarks.

11:18 a.m.     Statement on behalf of Defendant (Mr. Lundquist).

11:19 a.m.     Statement on behalf of Defendant by Vali Somers.

11:24 a.m.     Statement on behalf of Defendant by Robert Scott Bowen.

11:30 a.m.     Statement on behalf of Defendant (Mr. Lundquist).

11:40 a.m.     Statement on behalf of Government (Mr. Norvell).

11:46 a.m.     Statement by Defendant on his own behalf (Mr. Ballantine).

               Court makes findings.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 54), filed September 12, 2012, is **GRANTED.**

               Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence (ECF Doc. No. 49), filed September 4, 2012, is **GRANTED IN PART and DENIED IN PART as reflected on the record.**

**ORDERED:**   Defendant be **imprisoned** for **13** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least restrictive facility closest to Seattle, WA.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

   (X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)     Defendant shall not commit another federal, state or local crime.

   (X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)     Defendant shall comply with standard conditions adopted by the Court.

   (X)     Defendant shall not unlawfully possess a controlled substance.

   (X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

   (X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**      **Special Condition(s)** of **Supervised Release** are:

(X)      The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)      The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**ORDERED:**      Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**      Defendant shall pay a **fine** of **$20,000.00.**

**ORDERED:**      The defendant is not likely to flee or pose a danger to the safety of any other person or the community and the defendant shall surrender at the institution designated by the Bureau of Prisons before **noon on the day of his designation as determined by the Bureau of Prisons.**

**ORDERED:**      Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**      Government's Motion to Dismiss (ECF Doc. No. 53), filed September 12, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**12:09 p.m.**      Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :52**

-3-