IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00409-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM G. BALLANTINE

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, WILLIAM G. BALLANTINE, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to FDC SEATAC, 2425 South 200th Street, Seattle, Washington, on December 11, 2012, by 12:00 noon, and will travel at his own expense.

        DATED at Denver, Colorado, this 11th day of December 2012.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        Chief United States District Judge